# IN THE UNTED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ARC LPW I, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V | ) | Case No. 2:21-MC-00210 |
| | ) | |
| **KLMKH, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## APPLICATION FOR WRIT OF ASSISTANCE

TO:   Clerk of the United States District Court for the District of Kansas:

Plaintiff, ARC LPW I, LLC, requests the issuance of a writ of assistance to put Plaintiff in possession of personal property and equipment in accordance with the judgment of this Court, which more fully appears from the Affidavit of Ronald S. Weiss, Plaintiff's attorney, attached hereto as Exhibit A.

**Respectfully Submitted,**

**BERMAN, DeLEVE, KUCHAN & CHAPMAN, LLC**

**By /s/ Ronald S. Weiss**
Ronald Weiss  KS# 70349
2850 City Center Square
1100 Main Street
Kansas City, Missouri 64105
(816) 471-5900 telephone
(816) 842-9955 fax
rweiss@bdkc.com
**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A

## AFFIDAVIT FOR WRIT OF ASSISTANCE

STATE OF MISSOURI )
                               ) ss
COUNTY OF JACKSON )

Ronald Weiss, of lawful age, being first duly sworn, deposes and says:

1. He is the attorney of record for ARC LPW I, LLC, Plaintiff, in the above captioned action.

2. A Stipulation and Order Disposing of Action and Claims and Consenting to Entry of Judgment was entered in the United States District Court for the Southern District of Texas, Houston Division on June 7, 2021.

3. The Foreign Judgment was filed in this Court on July 20, 2021.

4. The redemption period expired on July 7, 2021.

5. The Defendant, KLMKH, Inc. is in possession of equipment and personal property in which the Plaintiff intends to levy upon.

6. Plaintiff would like to utilize the assistance of the United States Marshal and provide authority to conduct the sale of any personal property or equipment.

                                                                                  _____
                                                                                             Ronald S. Weiss

Subscribed and sworn to before me this 27th day of July, 2021.

_____
Julie Ann Eisman, Notary Public

My Commission Expires: _____