# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| ARC LPW I LLC, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) Civil Action No. 2:21-MC-00210 |
| KLMKH, INC., | ) ) ) ) |
| *Defendant.* | ) ) |

## ENTRY OF APPEARANCE

COMES NOW Shannon D. Wead and Jeremy E. Koehler of Foulston Siefkin, LLP and hereby enters their appearance on behalf of ARC LPW I LLC.

Respectfully submitted,

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
T: 316.291.9518
F: 316.267.6345
swead@foulston.com
jkoehler@foulston.com

*/s/ Shannon D. Wead*
Shannon D. Wead, #18301
Jeremy E. Koehler, #28217
*Attorneys for ARC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF e-filing system which will send a notice of electronic filing to all counsel of record. Additionally, I sent a copy of the foregoing to the following via certified mail with return receipt requested:

>KLMKH, Inc. c/o Jake Kerr
>524 East Lake Street
>McLouth, KS 66054
>
>KLMKH, Inc. c/o Reuben Burton
>2407 Plantation Center Drive
>Matthews, NC 28105
>
>KLMKH, Inc.
>25991 NW Mitchell Rd.
>Garnett, KS 66032

>/s/ Shannon D. Wead
>Shannon D. Wead, #18301