**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

ARC LPW I LLC, )
)
               *Plaintiff,* )
)
v. )       Civil Action No. 2:21-MC-00210
)
KLMKH, INC., )
)
               *Defendant.* )
)

## PRAECIPE FOR EXECUTION OF ORDERS FOR SALE AND APPLICATION FOR WRIT OF EXECUTION

     I.     *Praecipe for Execution of Order for Sale in Jefferson County*

The Clerk of the above referenced Court will please issue an order for sale against the real and personal property of the defendant in the above-entitled cause, directed to the Sheriff of Jefferson County, Kansas, to execute according to law, said property being described as follows (hereinafter the "Jefferson County Order for Sale"):

(1) Lot 6, 7, 8 in Johnson Subdivision, City of McLouth, according to recorded plat thereof, Jefferson County, Kansas, commonly known as 504 E. Lake St., McLouth, Kansas 66054-6963 ("the McLouth Real Estate");

(2) The Jefferson County oil and gas leases listed in Exhibit A[1] and B.

(3) All of KLMKH's interest in the oil, gas, or derivatives thereof, or other minerals as extracted and any proceeds of production; oil and or gas lease or leases; oil, gas and injection wells; surface and downhold equipment for producing, treating, and storing oil and gas; oil and gas gathering and transmission pipelines; and associated contracts such as, but not limited to, oil or gas purchase contracts and operating and exploration contracts in Jefferson County.

---

[1] The list provided in Exhibit A contains some duplicative lease entries. ARC may provide a de-duplicated version of the list to the Court for use in the Order for Sale and/or Notice of Sale.

(4) The personal property listed in Exhibit C that is located in Jefferson County.

Items 1, 2, 3, and 4 are hereinafter collectively referred to as the "Jefferson County Property." The Jefferson County Order for Sale should reflect that the Items 2, 3, and 4 (the "Jefferson County Personal Property and Leases") are being sold without right of redemption pursuant to K.S.A. 60-2414(a), and that the McLouth Real Estate is being sold subject to a one (1) year right of redemption. The Jefferson County Personal Property and Leases will be sold together, and not separately, to the highest bidder. The McLouth Real Estate will be sold separately to the highest bidder.

Further, the Jefferson County Order for Sale should reflect that ARC be permitted to credit bid and/or offset bid any judgment rendered in its favor herein, and that the proceeds from the sale of the Jefferson County Property be applied as follows:

> FIRST, to the payment of the costs of this action and of said sale;
>
> SECOND, to the payment of any and all taxes and assessments, and interest and penalties thereon, that may be due on the Jefferson County Property as of the date of sale;
>
> THIRD, to the payment of the judgment of ARC as required herein; and
>
> FOURTH, that the remainder, if any, be paid into the Court subject to the further order of this Court.

The Jefferson County Order for Sale should also reflect that after the sale of the Jefferson County Property, KLMKH, and all others who may claim any rights, by, through, or under the Jefferson County Property, be forever barred and foreclosed from any and all right, title, estate, equity, lien or claim in or upon the property, or any part thereof.

II.     *Praecipe for Execution of Order for Sale in Leavenworth County*

The Clerk of the above referenced Court will please issue an order for sale against the real and personal property of the defendant in the above-entitled cause, directed to the Sheriff of

Leavenworth County, Kansas, to execute according to law, said property being described as follows (hereinafter the "Leavenworth County Order for Sale"):

(1) A tract of land in the west half of the fractional section 3-T10S-R20E of the 6th p.m., Leavenworth County Kansas, said tract being government lot 3, described as follows: beginning at the intersection of the north line of the Delaware reservation line and the west line of section 3; thence, S 88˚18'26"E (assumed), 1323.75 feet along the north line of the Delaware reservation line; thence, S 00˚26'15"W, 1484.07 feet; thence, N 89˚48'22"W, 1325.76 feet to the west line of section 3; thence, N 00˚31'30"E, 1518.70 feet along said west line to the point of beginning, containing 45.63 acres, more or less, including road right of way (the "Leavenworth County Real Estate");

(2) The Leavenworth County oil and gas leases listed in Exhibit A[2] and B.

(3) All of KLMKH's interest in the oil, gas, or derivatives thereof, or other minerals as extracted and any proceeds of production; oil and or gas lease or leases; oil, gas and injection wells; surface and downhold equipment for producing, treating, and storing oil and gas; oil and gas gathering and transmission pipelines; and associated contracts such as, but not limited to, oil or gas purchase contracts and operating and exploration contracts in Leavenworth County.

(4) The personal property listed in Exhibited C that is located in Leavenworth County.

Items 1, 2, 3, and 4 are hereinafter collectively referred to as the "Leavenworth County Property." The Leavenworth County Order for Sale should reflect that the Items 2, 3, and 4 (the "Leavenworth County Personal Property and Leases") are being sold without right of redemption pursuant to K.S.A. 60-2414(a), and that the Leavenworth County Real Estate is being sold subject to a one (1) year right of redemption. The Leavenworth County Personal Property and Leases will be sold together, and not separately, to the highest bidder. The Leavenworth County Real Estate will be sold separately to the highest bidder.

Further, the Leavenworth County Order for Sale should reflect that ARC be permitted to

---

[2] The list provided in Exhibit A contains some duplicative lease entries. ARC may provide a de-duplicated version of the list to the Court for use in the Order for Sale and/or Notice of Sale.

credit bid and/or offset bid any judgment rendered in its favor herein, and that the proceeds from the sale of the Leavenworth County Property be applied as follows:

> FIRST, to the payment of the costs of this action and of said sale;

> SECOND, to the payment of any and all taxes and assessments, and interest and penalties thereon, that may be due on the Leavenworth County Property as of the date of sale;

> THIRD, to the payment of the judgment of ARC as required herein; and

> FOURTH, that the remainder, if any, be paid into the Court subject to the further order of this Court.

The Leavenworth County Order for Sale should also reflect that after the sale of the Leavenworth County Property, KLMKH, and all others who may claim any rights, by, through, or under the Leavenworth County Property, be forever barred and foreclosed from any and all right, title, estate, equity, lien or claim in or upon the property, or any part thereof.

### III.    *Application for Writ of Execution*

Plaintiff ARC LPW I, LLC, requests the issuance of a writ of execution to put Plaintiff in possession of personal property and equipment in accordance with the judgment of this Court. The judgment was entered in United States District Court for the Southern District of Texas in Case No. 4:21-cv-926 on June 7, 2021. Judgment was registered in this Court on July 8, 2021. Defendant KLMKH, Inc. is in possession of equipment and personal property in which Plaintiff intends to levy on.

Respectfully submitted,

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
T: 316.291.9518
F: 316.267.6345
swead@foulston.com
jkoehler@foulston.com

*/s/ Shannon D. Wead*
    Shannon D. Wead, #18301
    Jeremy E. Koehler, #28217
    *Attorneys for ARC*

Dated this 14th day of December, 2021.

| | |
|---|---|
| DATE OF JUDGMENT ON PLAINTIFF'S CLAIM: | Judgment was entered by the United States District Court for the Southern District of Texas in Case No. 4:21-cv-926 on June 7, 2021. Judgment was registered in this Court on July 8, 2021. |
| JUDGMENT AMOUNT DUE: | Principal amount of $4,667,880, plus post-judgment interest accruing at the rates prescribed by 28 U.S.C. § 1961. |
| REASON: | Judgment. |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF e-filing system which will send a notice of electronic filing to all counsel of record. Additionally, I sent a copy of the foregoing to the following via certified mail with return receipt requested:

KLMKH, Inc. c/o Jake Kerr
524 East Lake Street
McLouth, KS 66054

KLMKH, Inc. c/o Reuben Burton
2407 Plantation Center Drive
Matthews, NC 28105

KLMKH, Inc.
25991 NW Mitchell Rd.
Garnett, KS 66032

*/s/ Shannon D. Wead*
Shannon D. Wead, #18301