# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| ARC LPW I LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-MC-00210 |
| | ) | |
| KLMKH, INC., | ) | Title to Real Estate Involved |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER GRANTING MOTIONS FOR WRIT OF ASSISTANCE AND EXECUTION

TO:   The United States Marshal for the District of Kansas

On August 3, 2021, Plaintiff filed its Application for Writ of Assistance. On December 14, 2021, Plaintiff filed its Application for Writ of Execution. The Court, having considered the applications, and upon review of the records finds:

1. A lawsuit on behalf of ARC LPW I, LLC against KLMKH, Inc. was filed in the United States District Court for the Southern District of Texas, Houston Division. Pursuant to that lawsuit, a Stipulation and Order Disposing of Action and Claims and Consenting to Entry of Judgment was entered on June 7, 2021.

2. On July 20, 2021, that Judgment was registered in the District of Kansas pursuant to 28 USC 1963.

3. The redemption period expired on July 7, 2021.

4. The Defendant KLMKH, Inc. is in possession of certain real estate, personal property, and leases in which the Plaintiff intends to levy upon in order to satisfy the judgment.

5. In order to effectuate the levy, the Plaintiff needs the assistance of the United States

Marshal to levy upon the property of the Defendant and to conduct a sale of that property in accordance with the law and procedure of this Court.

IT IS THEREFORE ORDERED that Plaintiff's Application for Writ of Assistance and Plaintiff's Application for Writ of Execution are granted and the United States Marshal is hereby commanded to forthwith take possession of the real and personal property, including leases, described in Exhibits A,[1] B, and C, attached hereto and made a part hereof.

This Order is effective as of the date and time shown on the electronic file stamp.

*s/ John W. Lungstrum*
The Honorable John W. Lungstrum
Senior United States District Judge


PREPARED AND SUBMITTED BY:

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
T: 316.291.9518
F: 316.267.6345
swead@foulston.com
jkoehler@foulston.com

 */s/ Jeremy E. Koehler*
Shannon D. Wead, #18301
Jeremy E. Koehler, #28217
*Attorneys for ARC*

---

[1] The list provided in Exhibit A contains some duplicative lease entries. ACT has reserved its right to use a de-duplicated version of Exhibit A in its Notice of Sale.