**EXHIBIT B**

Exhibit "B"

| API NO | LEASE | WELL NO | CURRENT OPERATOR | TWP | RGE | SECTION | COUNTY |
|---|---|---|---|---|---|---|---|
| 15-103-20432 | Bankers Life | 3 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20558 | Bankers Life | 9 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20433-0101 | Bankers Life | 4-H1 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20969 | Bankers Life | 7 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20626 | Bankers Life | 10 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20430 | Bankers Life | 1 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21273 | Bankers Life | 15 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20968 | Bankers Life | 8 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20972 | Bankers Life | 12 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20431 | Bankers Life | 2 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21448 | Bankers Life | 19 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20433-0102 | Bankers Life | 4-H2 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20433-0104 | Bankers Life | 4-H4 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21272 | Bankers Life | 14 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21279 | Bankers Life | 17 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21248-0100 | Bankers Life | 1-AH | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21248-0001 | Bankers Life | 1-AH | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20622-0101 | Bankers Life | 6 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21246-0100 | Bankers Life | 1-H | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20433-0103 | Bankers Life | 4-H3 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21278 | Bankers Life | 14 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21280 | Bankers Life | 18 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21248 | Bankers Life | 1-AH | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20434 | Bankers Life | 5 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21274 | Bankers Life | 16 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21085 | Bankers Life | 16 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20979 | Bankers Life | 13 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20541 | Bankers Life | 7 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21088 | Bankers Life | 13 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20622 | Bankers Life | 6 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21087 | Bankers Life | 14 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |

Exhibit "B"

| API NO. | LEASE | WELL NO. | CURRENT OPERATOR | TWP | RGE | SECTION | COUNTY |
|---|---|---|---|---|---|---|---|
| 15-103-20550 | Bankers Life | 8 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-70050 | Bankers Life | 8 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21086 | Bankers Life | 15 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20433 | Bankers Life | 4 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21246 | Bankers Life | 1-H | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20433-0100 | Bankers Life | 4-H0 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20435 | Bankers Life | 6 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
|  | Bankers Life (Longwell-Bankers 4) | 4 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
|  | Bankers Life (Mclaughlin-Bankers 1) | 1 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20967 | Bankers Life (Miller-Bankers) | 11 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21277 | Blakey | 3 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21275 | Blakey | 1 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21276 | Blakey | 2 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20815 | Daniels | 1 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21090 | Daniels | 7 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21009 | Daniels | 6 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20992 | Daniels | 5 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20976 | Daniels | 3 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21089 | Daniels | 8 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20978 | Daniels | 4 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20966 | Daniels | 2 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-087-20445 | Daniels | 9 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20601 | Daniels | 10 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20602 | Daniels | 11 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20611 | Daniels | 12 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-103-20977 | Pennel | 1 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20993 | Pennel | 2 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20994 | Pennel | 3 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21013 | Pennel | 5 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21016 | Pennel | 7 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |

Exhibit "B"

| API NO. | LEASE | WELL NO. | CURRENT OPERATOR | TWP | RGE | SECTION | COUNTY |
|---|---|---|---|---|---|---|---|
| 15-103-20997 | Pennel | 4 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21014 | Pennel | 6 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21018-0001 | Pennel | 9 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21076 | Pennel | 10 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21017 | Pennel | 8 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21019 | Pennel | 10 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21018 | Pennel | 9 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20998 | Pennel | 5 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-087-20622 | Sedgwick | 5 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20613 | Sedgwick | 2 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20612 | Sedgwick | 1 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20614 | Sedgwick | 3 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20619 | Sedgwick | 4 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-103-20980-0001 | Troupe | 2 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21270 | Troupe | 4 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20980 | Troupe | 2-A | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-21228 | Troupe | 3 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-103-20975 | Troupe | 1 | KLM Exploration Company, Inc. | 10S | 20E | 3 | Leavenworth |
| 15-087-20631 | Trowbridge | 3 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20630 | Trowbridge | 2 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20629 | Trowbridge | 1 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20408 | Bond | 1 | KLM Exploration Company, Inc. | 10S | 20E | 17 | Jefferson |
| 15-087-20409 | Bond | 2 | KLM Exploration Company, Inc. | 10S | 20E | 17 | Jefferson |
| 15-087-20433 | Bond | 3 | KLM Exploration Company, Inc. | 10S | 20E | 17 | Jefferson |
| 15-087-20449 | Dunn | 1-89 | KLMKH Inc | 8S | 20E | 33 | Jefferson |
| 15-087-20172 | Dunn | 1-85 | KLMKH Inc | 8S | 20E | 33 | Jefferson |
| 15-087-20636 | Dunn | 7 | KLMKH Inc | 8S | 20E | 33 | Jefferson |
| 15-087-20632 | Dunn | 3 | KLMKH Inc | 8S | 20E | 33 | Jefferson |
| 15-087-20633 | Dunn | 4 | KLMKH Inc | 8S | 20E | 33 | Jefferson |
| 15-087-20500 | Edmunds A | A-5 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20501 | Edmunds A | A-4 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |

Exhibit "B"

| API NO. | LEASE | WELL NO. | CURRENT OPERATOR | TWP | RGE | SECTION | COUNTY |
|---|---|---|---|---|---|---|---|
| 15-087-20504 | Edmunds A | A-8 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20419 | Edmunds A | 1 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20499 | Edmunds A | A-3 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20502 | Edmunds A | A-6 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20623 | Edmunds A | 3 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20493 | Edmunds A | A-1 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20503 | Edmunds A | A-7 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20494 | Edmunds A | A-2 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20513 | Edmunds A | A-10 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20515 | Edmunds A | A-11 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20440 | Edmunds A | 2 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20495 | EDMUNDS HERB "B" | 2 | KLM Exploration Company, Inc. | 9S | 20E | 20 | Jefferson |
| 15-087-20496 | EDMUNDS HERB "B" | 1 | KLM Exploration Company, Inc. | 9S | 20E | 20 | Jefferson |
| 15-087-20507 | Thurmon Edmunds | 1 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20508 | Thurmon Edmunds | 2 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20520 | Thurmon Edmunds | 5 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20521 | Thurmon Edmunds | 6 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20506 | Thurmon Edmunds | 3 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20030 | Thurmon Edmunds | 1-A | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20519 | Thurmon Edmunds | 4 | KLM Exploration Company, Inc. | 9S | 20E | 17 | Jefferson |
| 15-087-20598 | Mcleod-Wagner | 3 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20596 | Mcleod-Wagner | 1 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20597 | Mcleod-Wagner | 2 | KLM Exploration Company, Inc. | 10S | 20E | 4 | Jefferson |
| 15-087-20361 | Mestaugh | 2 | KLMKH Inc | 10S | 20E | 18 | Jefferson |
| 15-087-20173 | Osborne | 2 | KLM Exploration Company, Inc. | 10S | 20E | 18 | Jefferson |
| 15-087-20175 | Osborne | 3 | KLM Exploration Company, Inc. | 10S | 20E | 18 | Jefferson |
| 15-087-20181 | Osborne | 5 | KLM Exploration Company, Inc. | 10S | 20E | 18 | Jefferson |
| 15-087-20165 | Osborne | 1 | KLM Exploration Company, Inc. | 10S | 20E | 18 | Jefferson |
| 15-087-20190 | Osborne | 7 | KLM Exploration Company, Inc. | 10S | 20E | 18 | Jefferson |
| 15-087-20177 | Osborne | 4 | KLM Exploration Company, Inc. | 10S | 20E | 18 | Jefferson |
| 15-087-20547 | Seaver | 9-H | kIM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |

Exhibit "B"

| API NO. | LEASE | WELL NO. | CURRENT OPERATOR | TWP | RGE | SECTION | COUNTY |
|---|---|---|---|---|---|---|---|
| 15-087-20401 | Seaver | 2 | KLM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |
| 15-087-20411 | Seaver | 3 | KLM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |
| 15-087-20426 | Seaver | 5 | KLM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |
| 15-087-20586 | Seaver | 11 | KLM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |
| 15-087-20428 | Seaver | 7 | KLM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |
| 15-087-20600 | Seaver | 12 | KLM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |
| 15-087-20585 | Seaver | 10 | KLM Exploration Company, Inc. | 10S | 20E | 7 | Jefferson |
| 15-807-20415 | Wagner | 1 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-807-20417 | Wagner | 2 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20423 | Wagner | 7 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20589 | Wagner | 11 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20591 | Wagner | 13 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20416 | Wagner | 3 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20420 | Wagner | 5 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20421 | Wagner | 6 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20422 | Wagner | 4 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20592 | Wagner | 14 | KLM Exploration Company, Inc. | 10S | 20E | 8 | Jefferson |
| 15-087-20313 | Bower | 5-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20325 | Bower | 7-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20015 | Bower | 2 | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20058 | Bower | 4 | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20082 | Bower | 5 | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20083 | Bower | 6 | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20308 | Bower | 2-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20309 | Bower | 3-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20310 | Bower | 4-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20300 | Bower | 1-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20344 | Bower | 9-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20324 | Bower | 6-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20057 | Bower | 3 | KLMKH Inc | 10S | 20E | 5 | Jefferson |
| 15-087-20328 | Bower | 8-A | KLMKH Inc | 10S | 20E | 5 | Jefferson |