**EXHIBIT C**

**McClouth Field Office:**

- **McClouth Office** (Pics 1, 2, 3)
    - McClouth Office and land
    - Three computer stations and desks
    - One pumping unit (not in service)
    - Fluid Level Gun (Echometer Style)
    - McClouth Office, Misc. external items (excludes pumping unit)
    - McClouth Office, Misc. internal items (not listed)
- **McClouth Warehouse** (Warehouse Pics 1, 2, 3, 4, and 5)
    - McClouth Warehouse and land
    - Pipe-Rod Trailer (Ball-hitch trailer)
    - McClouth Warehouse, Misc. external items (excludes Ball-Hitch Trailer)
    - McClouth Warehouse, Misc. internal items

**Vehicles and Trucks:**

- **Pumper Trucks**
    - Pumper Truck 1
    - Pumper Truck 2
- **Water Trucks**
    - Water Truck 1
    - Water Truck 2
    - Water Truck 3
    - Water Truck 4
- **Gin Trucks**
    - Gin Truck 1
    - Gin Truck 2
- **Miscellaneous Trucks and Other**
    - Dump Truck 1
    - Hot Oil Unit 1
    - Poll Unit 1

**Bower Lease:**

- **Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)
    - 4x10 50 psi FWKO
    - Two pop-off valves
    - One set of stairs
    - One low-pressure SWD transfer pump
    - One portable generator
- **Bower Lease Yard**
    - Pipe Rack 1
    - Pipe Rack 2
    - Pipe Rack 3

- o Tubing Racks
- o Pipe Racks
- o Rod Rack 1
- o Gooseneck Trailer (tubing not included)
- o Production Vessels (white, on ground)
- o Frac Tanks 1, 2, and 3
- **Bower Lease Storage**
    - o Storage Building/Warehouse
    - o Storage Building, Jensen Pumping Unit (West side of building)
    - o Storage Building  Misc. Internal Contents (Pics 3, 4, 5, 6, and 7)
    - o Storage Building, Miscellaneous External Contents (Pics 9, 10, 11, Excludes boat in Pic 10 and communication cable in Pic 12)
    - o Storage Building, Communication Cable (Pic 12, 13, 14, and 15)
    - o Storage Building, Pump Jack (North Side of building, Pic 11)
    - o Storage Building, Poly line spool (Pic 11)

**Bankers Life Lease:**

- **Facility**
    - o Two 202-barrel oil tanks (with tank heaters)
    - o One 200-barrel water tank
    - o Gun barrel (with heater)
- **Bankers Life Yard**
    - o Pumping Unit 1
    - o Pumping Unit 2 and 3
    - o Pumping Unit 4, 5, and 6
    - o Pipe Rack 1
    - o Pipe Rack 2
    - o Pipe Rack 3
    - o Rod Trailer
    - o Kill Pump 1
    - o Kill Pump 2
    - o Six fluid storage tanks (not in service – condition unknown)
    - o One gun barrel (not in service)
    - o Two storage units containing misc equipment
- **Bankers Life Compressor Site**
    - o Low Pressure Separator (suction scrubber)
    - o One fuel storage tank
    - o
- **Gas Line Tie-in for gas return to Gas Storage**
    - o Miscellaneous equipment, piping, and connections (Picture not available)

**Daniels Lease**

- **Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)

**Pennel Lease**

- **Pennel Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)
- **Pennel Yard**
    - One fluid storage tank (out of service)
    - One storage unit containing misc equipment

**Sedgwick Lease**

- **Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)

**Troupe Lease**

- **Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)

**Bond Lease**

- **Facility**
    - One 202-barrel oil tank (with heater)
    - One 100-barrel water tank
    - Gun barrel (with heater)
    - Propane Tank

**Dunn Lease**

- **Facility**
    - One 202-barrel oil tank (with heater)
    - One 100-barrel water tank
    - Gun barrel (with heater)

**Noll Lease**

- **Facility**
    - One 202-barrel oil tank
    - One 200-barrel water tank
    - Gun barrel

**Edmonds "A"**

- **Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 210-barrel water tank
    - Gun barrel (with heater)

**Edmonds "C" (Thurman Edmonds) Lease**

- **Facility**
    - Two 202-barrel oil tanks (one with tank heater)
    - One 100-barrel water tank
    - 4' x 20' heater treater

**Osborne Lease**

- **Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)
    - Propane Tank

**Seaver Lease**

- **Seaver Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)
- **Seaver Yard**
    - Three fluid storage tanks (not in service)
- **Seaver Compressor Site**
    - One NGL tank
    - One compressor building
    - Vertical suction scrubber
    - High-pressure separator
    - Miscellaneous Piping and connections
    - One fuel storage tank
- **Gas Line Tie-in for gas return to Gas Storage**
    - High-pressure separator
    - 210-bbl fluid storage tank
    - Miscellaneous Piping and connections

**Wagner Lease**

- **Facility**
    - Two 202-barrel oil tanks (with tank heaters)
    - One 200-barrel water tank
    - Gun barrel (with heater)