# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| ARC LPW I LLC, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Civil Action No. 2:21-MC-00210 |
| KLMKH, INC., | ) Title to Real Estate Involved |
| *Defendant.* | ) ) ) |

## ORDER OF SALE IN JEFFERSON COUNTY, KANSAS

TO:  The Sheriff of Jefferson County, Kansas

WHEREAS, on the 7th day of June, 2021, a judgment was rendered in favor of Plaintiff and against Defendant.

NOW, THEREFORE, you are hereby commanded to sell the following real and personal property in Jefferson County, Kansas:

(1) Lot 6, 7, 8 in Johnson Subdivision, City of McLouth, according to recorded plat thereof, Jefferson County, Kansas, commonly known as 504 E. Lake St., McLouth, Kansas 66054-6963 ("the McLouth Real Estate");

(2) The Jefferson County oil and gas leases listed in Exhibit A[1] and B.

(3) All of KLMKH's interest in the oil, gas, or derivatives thereof, or other minerals as extracted and any proceeds of production; oil and or gas lease or leases; oil, gas and injection wells; surface and downhold equipment for producing, treating, and storing oil and gas; oil and gas gathering and transmission pipelines; and associated contracts such as, but not limited to, oil or gas purchase contracts and operating and exploration contracts in Jefferson County.

(4) The personal property listed in Exhibit C that is located in Jefferson County.

---

[1] The list provided in Exhibit A contains some duplicative lease entries. ACT has reserved its right to use a de-duplicated version of Exhibit A in its Notice of Sale.

Items 1, 2, 3, and 4 are hereinafter collectively referred to as the "Jefferson County Property."

Items 2, 3, and 4 (the "Jefferson County Personal Property and Leases") are being sold without right of redemption pursuant to K.S.A. 60-2414(a). The McLouth Real Estate is being sold subject to a one (1) year right of redemption.

The Jefferson County Personal Property and Leases will be sold together, and not separately, to the highest bidder. The McLouth Real Estate will be sold separately to the highest bidder.

ARC may credit bid and/or offset bid any judgment rendered in its favor herein. The proceeds from the sale of the Jefferson County Property shall be applied as follows:

FIRST, to the payment of the costs of this action and of said sale;

SECOND, to the payment of any and all taxes and assessments, and interest and penalties thereon, that may be due on the Jefferson County Property as of the date of sale;

THIRD, to the payment of the judgment of ARC as required herein; and

FOURTH, that the remainder, if any, be paid into the Court subject to the further order of this Court.

After the sale of the Jefferson County Property, KLMKH, and all others who may claim any rights, by, through, or under the Jefferson County Property, will be forever barred and foreclosed from any and all right, title, estate, equity, lien or claim in or upon the property, or any part thereof.

YOU will make due return of this Order of Sale, with your proceedings endorsed thereon, showing the manner in which you have executed the same within 60 days from the date hereof.

This Order is effective as of the date and time shown on the electronic file stamp.

*s/ John W. Lungstrum*
The Honorable John W. Lungstrum
Senior United States District Judge

PREPARED AND SUBMITTED BY:

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
T: 316.291.9518
F: 316.267.6345
swead@foulston.com
jkoehler@foulston.com

 _/s/ Jeremy E. Koehler_____
Shannon D. Wead, #18301
Jeremy E. Koehler, #28217
*Attorneys for ARC*