IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| ARC LPW I LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-MC-00210 |
| | ) | |
| KLMKH, INC., | ) | Title to Real Estate Involved |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

### NOTICE OF ASSIGNMENT OF JUDGMENT
### AND SUBSTITUTION OF JUDGMENT CREDITOR

COMES NOW ARC LPW I, LLC ("ARC"), by and through its counsel of record Shannon D. Wead and Jeremy E. Koehler of Foulston Siefkin, LLP, and notifies the Court of the assignment of judgment and substitution of judgment creditor as follows:

1. ARC is the plaintiff and judgment in that certain case in the United States District Court for the Southern District of Texas, Houston Division, Case No. 4:21-cv-926, *ARC LPW I, LLC v. KLMKH, Inc.* (the "Case"), and registered the United States District Court, District of Kansas, Case No. 2:21-MC-00210, and registered in the District Court of Leavenworth County, Kansas, Case No. 2021-MV-91, and registered in the District Court of Jefferson County, Kansas, Case No. 2021-MV-20.

2. ARC obtained a judgment (the "Judgment") in the Case in the principal amount of $$4,667,880, which Judgment was memorialized in that certain Journal Entry of Judgment filed in the Case on June 7, 2021.

3. ARC has assigned the Judgment to Arc Energy Development LLC pursuant to that certain Assignment of Judgment attached hereto as Exhibit "1."

4. Pursuant to K.S.A. 60-2405, Arc Energy Development LLC is hereby substituted as the judgment creditor herein and is entitled to all rights and remedies available to its predecessor and may proceed to enforce the Judgment in its own name.

Respectfully submitted,

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
T: 316.291.9518
F: 316.267.6345
swead@foulston.com
jkoehler@foulston.com

*/s/ Shannon D. Wead*
    Shannon D. Wead, #18301
    Jeremy E. Koehler, #28217
    *Attorneys for ARC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the electronic filing system which will send a notice of electronic filing to all counsel of record. Additionally, I sent a copy of the foregoing to the following via certified mail with return receipt requested:

Brendan McPherson
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
bmcpherson@polsinelli.com
Attorneys for KLMKH

*/s/ Shannon D. Wead*
Shannon D. Wead, #18301

**EXHIBIT 1**

## ASSIGNMENT OF JUDGMENT

THIS ASSIGNMENT OF JUDGMENT ("Assignment") is deemed effective as of March 8, 2022, by and between ARC LPW I, LLC, a Texas limited liability company ("Assignor"), and Arc Energy Development LLC, a Delaware limited liability company ("Assignee").

WHEREAS, Assignor is the plaintiff and judgment creditor in that certain case in the United States District Court for the Southern District of Texas, Houston Division, Case No. 4:21-cv-926, *ARC LPW I, LLC v. KLMKH, Inc.* (the "Case"), and registered the United States District Court, District of Kansas, Case No. 2:21-MC-00210, and registered in the District Court of Leavenworth County, Kansas, Case No. 2021-MV-91, and registered in the District Court of Jefferson County, Kansas, Case No. 2021-MV-20;

WHEREAS, Assignor obtained a judgment (the "Judgment") in the Case in the principal amount of $4,667,880, which Judgment was memorialized in that certain Journal Entry of Judgment filed in the Case on June 7, 2021; and

WHEREAS, Assignor desires to assign the Judgment to Assignee, and Assignee desires to receive such assignment.

NOW, THEREFORE, in consideration of $1.00 and other good and valuable consideration, the receipt and sufficiency of which are hereby forever acknowledged, Assignor hereby sells, assigns, transfers, conveys, sets over and delivers to Assignee all of Assignor's right, title and interest in and to the Judgment, including, without limitation, the registered cases and all right to enforce and collect such judgment. Assignor hereby covenants and agrees to execute any and all other documents, pleadings and/or instruments which may be necessary or required in order to fully vest the Judgment in, and transfer the Judgment to, Assignee. Assignor represents and warrants that it has not previously assigned the Judgment and that it has the full power and authority to assign the Judgment to Assignee.

IN WITNESS WHEREOF, the parties hereto deem this Assignment effective as of the day and year set forth above.

ARC LPW I, LLC
By: *Jason C. Gray*
Name: JASON C. GRAY
Title: CEO & managing member

Arc Energy Development LLC
By: *Jason C. Gray*
Name: JASON C GRAY
Title: CEO